AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
August 05, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _Fidel Morales_
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Omar Alfredo ARZOLA-Calamaco | ) | EP:24-M-03314-MAT |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 1, 2024__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1324(a)(1)(A)(ii) and (a)(1)(B)(ii) | knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, and attempt to transport and move such alien within the United States in furtherance of said violation of law. |

This criminal complaint is based on these facts:

Charge #1: DEFENDANT: Omar Alfredo ARZOLA-Calamaco

☑ Continued on the attached sheet.

**Complaint sworn to telephonically on** __August 05, 2024__ at __02:00 PM__ **and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)**

*Complainant's signature*
Cesar Ponce, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/05/2024

*Judge's signature*
Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

City and state: El Paso, Texas

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Omar Alfredo ARZOLA-Calamaco

PEPT# PEPT240800108

08/05/2024

FACTS    (CONTINUED)

On August 1, 2024, Border Patrol Agents assigned to the Santa Teresa Border Patrol Station Anti-Smuggling Unit were conducting surveillance operations near the intersection of Pete Dominici Highway and Airport Road. Border Patrol Agents have disrupted numerous smuggling schemes in this area recently. This area is frequently used by alien smugglers to pick up illegal aliens due to its proximity to the United States/Mexico International Boundary and its quick access to roads and highways make it easy for smugglers to blend in with legitimate traffic.

During the late-night hours, at approximately 11:20 p.m., an agent at the intersection observed a white, Chevrolet Silverado traveling northbound. The agent noticed that the rear of the Silverado was riding significantly low, which is typically indicative of transporting a heavy load or possibly a large number of passengers. An agent followed the Silverado as it traveled northbound on Pete Dominici, towards the New Mexico/Texas state line. The agent engaged the emergency lights on his unmarked government vehicle to conduct an investigatory stop on the Silverado at the intersection of West Side Drive and Artcraft Road in El Paso, Texas, in the Western District of Texas.

Agents approached the driver side of the Silverado and noticed, through the lowered windows, that there were multiple individuals in the pickup, including a child that was not in a car seat, at the bottom portion of the front passenger side. The agent identified himself as Border Patrol to the driver and the occupants of the Silverado. Agents questioned the driver as to his citizenship and nationality. The driver, later identified as Omar Alfredo ARZOLA-Calamaco, the DEFENDANT, stated that he was illegally present in the United States without the proper immigration documents that would allow him to be or remain in the country legally. The agent asked the DEFENDANT about the individuals in the truck and asked if there were others. The DEFENDANT said that he had just picked them up and that there were additional people in the back of the truck. The agent opened the latch to the bed cover and discovered eight individuals in the bed of the truck. Border Patrol Agents questioned all fifteen individuals found in the Silverado as to their citizenship and nationality. All fifteen individuals stated that they were illegally present in the United States without the proper immigration documents that would allow them to be or remain in the country legally. All fifteen individuals further stated they had made an illegal entry into the United States.

The DEFENDANT and the fifteen illegal aliens were placed under arrest and transported to the Santa Teresa Border Patrol Station for further processing and investigation.

In a post-Miranda statement, the DEFENDANT stated that he illegally entered the United States on July 27th by jumping over the international boundary and walking through the desert. The DEFENDANT stated that he did not have money to pay off his smuggling debt for his illegal entry, so he was offered a job picking up illegal aliens in order to pay off his debt of $4,000 USD. The DEFENDANT stated that he was coordinating the smuggling efforts with an unknown individual over the phone. The DEFENDANT stated that he was instructed

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Omar Alfredo ARZOLA-Calamaco

PEPT# PEPT240800108

08/05/2024

FACTS   (CONTINUED)
to pick up seventeen individuals and take them to one of the Wal-Marts in town. The DEFENDANT stated that only fifteen individuals showed up and got into the Silverado. The DEFENDANT stated that he knew the fifteen individuals he picked up were illegal aliens.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
NONE

Criminal History:
NONE